JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL GONZALES,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF LAGUNA BEACH; LARRY BAMMER; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 8:19-cv-01568-JLS-DFM<br><br>ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE |

Pursuant to the Stipulation by and between Plaintiff Samuel Gonzales ("Plaintiff") and Defendants City of Laguna Beach and Larry Bammer (collectively, "Defendants"), through their respective attorneys of record, IT IS HEREBY ORDERED that the above captioned action be and hereby is dismissed, with prejudice, with all parties to bear their own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1)(A)(ii).

IT IS SO ORDERED

Dated: 03/09/2020

JOSEPHINE L. STATON
Honorable Josephine L. Staton,
United States District Judge

ORDER RE STIPULATION TO DISMISS ACTION WITH PREJUDICE  1